IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IRA DAVIS,

    Petitioner,

vs.                                   Case No. 4:07cv305-RH/WCS

SHERIFF LARRY CAMPBELL,

    Respondent.

                             /

## REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

Petitioner initiated this case by filing a 28 U.S.C. § 2254 form petition. Doc. 1.

The court granted leave to proceed in forma pauperis and directed Petitioner to show cause why his case should not be summarily dismissed. Doc. 4 (incorporated herein by reference). It was noted that Petitioner had been sentenced since the petition was filed, so his challenges to pretrial detention appeared moot. It was further noted that Petitioner had not had time to exhaust remedies as required by § 2254, and failed to advise the court of his change of address. The clerk was directed to amend the docket to reflect Petitioner's new address and his inmate number with the Department of Corrections.

The order was entered on October 15, 2007, Petitioner was given until November 15, 2007, to respond, and was advised that failure to respond could result in a recommendation of dismissal without further notice.  No response has been filed.  Although Petitioner has again been transferred,[1] the date of his transfer is unknown and the order was not returned undelivered to the clerk.  Even if he did not receive the order, he should have advised the court of his address change.

It is therefore respectfully **RECOMMENDED** that the § 2254 petition (doc. 1) be **SUMMARILY DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on January 25, 2008.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] According to the website for the Florida Department of Corrections, Petitioner is now at Graceville Correctional Facility.  The clerk has been instructed to update the docket with his current address.

Case No. 4:07cv305-RH/WCS