IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IRA DAVIS,

    Petitioner,

v.                    CASE NO. 4:07cv305-RH/WCS

SHERIFF LARRY CAMPBELL,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is DISMISSED without prejudice." The clerk shall close the file.

SO ORDERED this 29th day of February, 2008.

                              s/Robert L. Hinkle
                              Chief United States District Judge